**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 00-1106**

───────────

W. ROMANDO JAMES,

                                  Plaintiff - Appellant,

     versus

CLEMSON UNIVERSITY; DIANE G. SMATHERS,

                                  Defendants - Appellees.

───────────

Appeal from the United States District Court for the District of South Carolina, at Anderson. Margaret B. Seymour, District Judge. (CA-97-2468-24-AK)

───────────

Submitted: August 30, 2000        Decided: September 6, 2000

───────────

Before WIDENER, NIEMEYER, and WILLIAMS, Circuit Judges.

───────────

Affirmed by unpublished per curiam opinion.

───────────

W. Romando James, Appellant Pro Se. James William Logan, Jr., Michael Todd Smith, LOGAN, JOLLY & SMITH, L.L.P., Anderson, South Carolina, for Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

W. Romando James appeals the district court's order denying his motion for a new trial. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See <u>James v. Clemson University</u>, No. CA-97-2468-24-AK (D.S.C. Dec. 29, 1999).<sup>*</sup> We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

<sup>*</sup> Although the district court's order is marked as "filed" on December 28, 1999, the district court's records show that it was entered on the docket sheet on December 29, 1999. Pursuant to Rules 58 and 79(a) of the Federal Rules of Civil Procedure, it is the date that the order was entered on the docket sheet that we take as the effective date of the district court's decision. <u>See</u> <u>Wilson v. Murray</u>, 806 F.2d 1232, 1234-35 (4th Cir. 1986).